# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4231

_____

Robert August Lemke, Private          *
Citizen,                              *
                                      *
            Appellant,                *
                                      *
      v.                              *
                                      *
Jane H. Prochaska, County Judge;      *
Paul J. Lapuzza, Attorney; C.C. Dows, *
Police Officer, Omaha Police          *
Department; R.L. Johnson, Police      *
Officer, Omaha Police Department;     *
W.F. Doyle Fulkerson, Police Officer, *   Appeal from the United States
Omaha Police Department; T.           *   District Court for the
Broggerfle, Police Officer, Omaha     *   District of Nebraska.
Police Department; Robert Torisky,    *
Manager, Wells Fargo Guard; Gary      *      [UNPUBLISHED]
Stoneberg, Realtor; Bill              *
Strausberg, CEO, First Bank; Joseph   *
H. Badami, Attorney; Timothy F.       *
Dunning, Sheriff, Douglas County      *
Sheriff Department; M.L. Vittitoe,    *
Police Officer, Omaha Police          *
Department; Mark Desier, Police       *
Officer, Omaha Police Department;     *
B.C. Melke, Police Officer, Omaha     *
Police Department; Jerry Devaney,     *
Wells Fargo Guard; Lonnie Grigaitis,  *
Process Server, Douglas County        *
Sheriff Department; Richard Lupardus, *
Vice President, First Bank,           *

                                    *
         Appellees.                 *
                           _____

                    Submitted:  June 5, 1998
                         Filed:  July 13, 1998
                           _____

Before FAGG, BEAM, and HANSEN, Circuit Judges.,
                           _____

PER CURIAM.

       Robert August Lemke appeals from the district court's[1] dismissal of his
complaint.  After careful review of the record and the parties' briefs, we conclude that
the judgment of the district court was correct, and that an extended opinion would have
no precedential value.  Accordingly, we affirm.  See 8th Cir. R. 47B.


       A true copy.


       Attest:


             CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.


_____

       [1]The Honorable William G. Cambridge, Chief Judge, United States District court
for the District of Nebraska.